

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

86 Chambers Street
New York, New York 10007

December 3, 2019

MEMO ENDORSED

The Application is granted.

SO ORDERED:

*/s/ Paul G Gardephe*
Paul G Gardephe, U.S.D.J.

Dated: Dec. 10, 2019

By ECF

The Honorable Paul G. Gardephe
United States District Judge
United States District Court
Southern District of New York
40 Foley Square, Room 2204
New York, NY 10007

    Re: *Jane Malloy v. U.S. Dep't of State*, 19 Civ. 6533 (PGG)
        [Rel. Case: *Malloy v. Pompeo*, 18 Civ. 4756 (PGG)]

Dear Judge Gardephe:

    Our Office represents defendants the U.S. Department of State and Secretary Michael R. Pompeo (the "Government"). Pursuant to Paragraphs I.A and I.D of Your Honor's Individual Practices, I write to respectfully request a 15-day extension of time, from December 5 to December 20, 2019, for the Government to respond Plaintiff's *pro se* complaint, *see* Dkt. No. 2. Plaintiff has consented to this request. This is the Government's second request for a deadline extension in this case. *See* Dkt. No. 12. The Court granted the Government's prior request. *See* Dkt. No. 14.

    As the Court is aware, this is Plaintiff's second case pending in this District alleging that she was subject to employment discrimination and retaliation while employed at the United States Mission to the United Nations. *Compare* Dkt. No. 2 *with* Complaint, *Malloy v. Pompeo*, 18 Civ. 4756 (S.D.N.Y. May 30, 2018) ECF No. 1. The Government is preparing its response papers to Plaintiff's complaint in this action and requires additional time to do so. The Government therefore respectfully requests that the Court extend its response deadline to December 20, 2019.

I thank the Court for its consideration of this request.

                                     Respectfully submitted,

                                     GEOFFREY S. BERMAN
                                     United States Attorney for the
                                     Southern District of New York

By:   */s/ Casey K. Lee*
         CASEY K. LEE
         Assistant United States Attorney
         86 Chambers Street, Third Floor
         New York, NY 10007
         Tel.: (212) 637-2714
         Fax: (212) 637-2686
         casey.lee@usdoj.gov

cc:     Plaintiff Jane Malloy (by ECF)