UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

JANE MALLOY,                                    :

                        Plaintiff,              :

        - against -                             :                    ORDER

MICHAEL R. POMPEO, Secretary of State,          :          18-CV-4756 (PGG)(KNF)
United States Department of State,
                                                :
                        Defendant.
------------------------------------------------------------------------X

JANE MALLOY,                                    :

                        Plaintiff,              :

        - against -                             :                    ORDER

UNITED STATES DEPARTMENT OF STATE,              :          19-CV-6533 (PGG)(KNF)
MICHAEL R. POMPEO, Secretary of State,
United States Department of State,              :

                        Defendants.             :
------------------------------------------------------------------------X

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

        IT IS HEREBY ORDERED that a telephone conference shall be held in the above-captioned

action on April 2, 2021, at 11:00 a.m. All parties are directed to call (888) 557-8511 and, thereafter, enter

access code 4862532.


Dated:  New York, New York                      SO ORDERED:
        April 1, 2021

                                                *Kevin Nathaniel Fox*
                                                KEVIN NATHANIEL FOX
                                                UNITED STATES MAGISTRATE JUDGE