UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
JANE MALLOY,

               Plaintiff,

    - against -                              Order

MICHAEL R. POMPEO, Secretary of State,      18-CV-4756 (PGG)(KNF)
United States Department of State,

               Defendant.
------------------------------------------------------------------X
JANE MALLOY,

               Plaintiff,

    - against -

UNITED STATES DEPARTMENT OF STATE,      19-CV-6533 (PGG)(KNF)
MICHAEL R. POMPEO, Secretary of State,
United States Department of State,

               Defendants.
------------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      IT IS HEREBY ORDERED that a telephone conference shall be held in the above-captioned actions on May 12, 2021, at 3:00 p.m. All parties are directed to call (888) 557-8511 and, thereafter, enter access code 4862532.

Dated: New York, New York          SO ORDERED:
       May 10, 2021

                                                _____
                                                KEVIN NATHANIEL FOX
                                                UNITED STATES MAGISTRATE JUDGE