UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE MALLOY,<br><br>                    *Plaintiff*,<br><br>             v.<br><br>MICHAEL R. POMPEO, Secretary of State, United States Department of State,<br><br>                   *Defendant.* | **ORDER**<br><br>18 Civ. 4756 (PGG) (KNF) |
| JANE MALLOY,<br><br>                    *Plaintiff*,<br><br>             v.<br><br>UNITED STATES DEPARTMENT OF STATE, MICHAEL R. POMPEO, Secretary of State, United States Department of State,<br><br>                   *Defendants.* | **ORDER**<br><br>19 Civ. 6533 (PGG)(KNF) |

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

    IT IS HEREBY ORDERED that:

1. all discovery, of whatever nature, be completed on or before July 1, 2021;

2. any dispositive motion is to be made in accordance with the Individual Rules of Practice of the assigned district judge; and

3. if no dispositive motion is made, the parties shall submit their joint pretrial order to the court on or before July 30, 2021. That document must conform to the requirements for such an order that are found in the Individual Rules of Practice of the assigned district judge.

Dated: New York, New York  SO ORDERED:
      May 19, 2021

*Kevin Nathaniel Fox*
_____
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE