UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
JANE MALLOY,                                        :

                          Plaintiff,               :

              - against -                          :                    ORDER

MICHAEL R. POMPEO, Secretary of State,             :                    18-CV-4756 (PGG)(KNF)
United States Department of State,
                                                   :

                          Defendant.               :
------------------------------------------------------------------------X
JANE MALLOY,                                        :

                          Plaintiff,               :

              - against -                          :                    ORDER

UNITED STATES DEPARTMENT OF STATE,                 :                    19-CV-6533 (PGG)(KNF)
MICHAEL R. POMPEO, Secretary of State,
United States Department of State,                 :

                          Defendants.              :
------------------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

        IT IS HEREBY ORDERED that a telephone conference shall be held in the above-captioned

action on June 24, 2021, at 3:00 p.m. All parties are directed to call (888) 557-8511 and, thereafter, enter

access code 4862532.


Dated:  New York, New York                         SO ORDERED:
        June 21, 2021

                                                   _Kevin Nathaniel Fox_____
                                                   KEVIN NATHANIEL FOX
                                                   UNITED STATES MAGISTRATE JUDGE