UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE MALLOY,<br><br>                              Plaintiff,<br><br>         -against-<br><br>MICHAEL R. POMPEO, Secretary of State,<br>United States Department of State,[1]<br><br>                              Defendant. | **ORDER**<br><br>18 Civ. 4756 (PGG) |
| JANE MALLOY,<br><br>                              Plaintiff,<br><br>         -against-<br><br>UNITED STATES DEPARTMENT OF STATE,<br>MICHAEL R. POMPEO, Secretary of State,<br>United States Department of State,<br><br>                              Defendants. | 19 Civ. 6533 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

On August 31, 2021, Defendants filed a letter under seal requesting "a conference in connection with the Government's anticipated motion for review of Magistrate Judge Fox's denial of the Government's motion for a protective order against the taking of Harry Ting's deposition." (See Aug. 31, 2021 Def. Ltr. (Dkt. No. 86 in 19-Civ.-6533))  The Government also requested "that the scheduling of the deposition be stayed pending the Court's review." (Id.)  On September 3, 2021, Plaintiff's counsel filed a response under seal. (See Sept. 3, 2021 Pltf. Ltr. (Dkt. No. 90))  Defendants are directed to file a reply by **September 10, 2021.**  The scheduling of Mr. Ting's deposition is stayed pending this Court's review of the matter.

Dated: New York, New York
       September 4, 2021

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Secretary of State Michael Pompeo is substituted as the originally named defendant, John Sullivan.