UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE C. MALLOY,<br><br>                Plaintiff,<br><br>    - against –<br><br>ACTING SECRETARY JOHN J. SULLIVAN,<br><br>                Defendant. | **ORDER OF DISMISSAL**<br><br>18 Civ. 4756 (PGG) |
| JANE C. MALLOY,<br><br>                Plaintiff,<br><br>    - against -<br><br>UNITED STATES DEPARTMENT OF STATE and MICHAEL R. POMPEO,<br><br>                Defendants. | 19 Civ. 6553 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

        The Court having been advised that all claims asserted in these related cases have been settled (see Case No. 18 Civ. 4756, Dkt. No. Dkt. No. 103; Case No. 19 Civ. 6533, Dkt. No. 106), it is ORDERED that the above-entitled actions be, and hereby are, dismissed with prejudice but without costs; provided, however, that if the settlement is not consummated within ninety days of this order, any party may apply by letter within the ninety-day period for restoration of the actions to the calendar of the undersigned, in which event the actions will be restored.

The Clerk of Court is directed to close both cases.  Any pending dates and deadlines are adjourned <u>sine</u> <u>die</u>, and any pending motions are moot.

Dated: New York, New York
      September 8, 2022

SO ORDERED.

*Paul S. Gardephe*

Paul G. Gardephe
United States District Judge